THE STATE OF KANSAS v. T. H. ELROD.

ON July 29, 1885, before Thomas J. Noble, a justice of the peace of Ellsworth county, in a certain case of misdemeanor then tried before him, the jury found the defendant, *William Bohrer*, not guilty; thereupon the justice discharged the defendant, and rendered judgment for all the costs in the case, taxed at $190.57, against *T. H. Elrod*, the prosecuting witness. Subsequently, the case was heard in the district court of said county, where it was adjudged that the judgment for costs against *Elrod* be reversed and held for naught. *The State* brings the case here.

*L. H. Seaver*, county attorney, and *Carter & Harrison*, for The State.

*Garver & Bond*, for defendant in error.

*Per Curiam:* T. H. Elrod, defendant in error, made complaint under oath before Thomas J. Noble, a justice of the peace of Ellsworth county, charging William Bohrer with the offense of unlawfully disturbing the members of a religious society while meeting together for the purpose of worship. The defendant was tried before the justice of the peace, and the case was subsequently heard in the district court. Judg-

ment was rendered in that court relieving the complainant from costs. To review and reverse that decision, a petition in error has been filed in this court. No appeal has ever been taken from the district court to the supreme court, and as the case is not a civil action, it is not rightfully brought to this court, and the petition in error must therefore be dismissed. (*Reisner v. The State,* 19 Kas. 479; *McGilvray v. The State,* 19 id. 481; *McLean v. The State,* 28 id. 372.)